UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

03-60230 CR-HURLEY  MAGISTRATE JUDGE
CASE No. _____   VITUNAC
18 U.S.C. § 3146(a)(1)

UNITED STATES OF AMERICA

vs.

RABAH EL HADDAD,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about March 19, 2002, at West Palm Beach, in the Southern District of Florida, the defendant,

**RABAH EL HADDAD,**

having been previously charged in the case of <u>United States vs. Rabah El Haddad</u>, Case No. 00-6211-CR-HURLEY, with violations of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with intent to distribute a controlled substance, and possession with intent to distribute a controlled substance, offenses punishable by imprisonment for a term of fifteen years or more, and having been released by the United States District Court for the Southern District of Florida



pursuant to Chapter 207 of Title 18, United States Code, did knowingly fail to report for a jury trial, as required by the conditions of his release, in violation of Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(i).

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           CASE NO. _____

vs.                                **CERTIFICATE OF TRIAL ATTORNEY\***

**RABAH EL HADDAD**

       **Defendant.**
_____/   **Superseding Case Information:**

**Court Division:** (Select One)     New Defendant(s)    Yes ____  No ____
                                     Number of New Defendants  ____
   ___ Miami  ___ Key West       Total number of counts    ____
   ___ FTL   _X_ WPB  ___ FTP

per Tim Schroeder w/ AUSA's permission
I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   __No__
   List language and/or dialect  _____

4. This case will take __1__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                  (Check only one)

   I    0 to  5 days   _X_          Petty    ____
   II   6 to 10 days   ____         Minor    ____
   III  11 to 20 days  ____         Misdem.  ____
   IV   21 to 60 days  ____         Felony   _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:  __00-6211-CR-HURLEY__
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  ____No____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  _X_ Yes  ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                      _____
                                      LAURENCE M. BARDFELD
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Florida Bar No. 712450

\*Penalty Sheet(s) attached                                    REV.7/11/03

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __RABAH EL HADDAD__      No.: _____

Count #I:
Failure to appear

18:3146(a)(1)


*Max Penalty: 10 years' imprisonment

Count #:



*Max Penalty:

Count #:




*Max Penalty:

Count # :




*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

No. FL 05526

# UNITED STATES DISTRICT COURT
## Southern District of Florida
Central Criminal Division

THE UNITED STATES OF AMERICA

vs.

RABAH EL HADDAD

## INDICTMENT

18 U.S.C. § 3146(a)(1)

A true bill

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 2003

_____
Clerk

Bail, $ _____