AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RABAH EL HADDAD

**WARRANT FOR ARREST**

CASE NUMBER: 03-60230 CR-HURLEY

MAGISTRATE JUDGE VITUNAC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  RABAH EL HADDAD
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Failure to appear for trial

in violation of Title   18   United States Code, Section(s)   3146(a)(1)

Clarence Maddox
Name of Issuing Officer

Signature of Issuing Officer

Court Administrator / Clerk of the Court
Title of Issuing Officer

9/30/03 - Ft. Lauderdale, FL
Date and Location

Bail fixed at $  Pre-trial Detention    by  _____
                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

